UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL NIVARD BENTON,<br><br>           Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>           Defendant. | Case No. 2:23-cv-01092-JDP (SS)<br><br>ORDER AFTER HEARING GRANTING DEFENDANT'S MOTION TO DISMISS AND DIRECTING THE CLERK OF COURT TO CLOSE THIS MATTER<br><br>ECF No. 8 |

      The parties appeared before me on November 16, 2023, on defendant's motion to dismiss. ECF No. 8. Plaintiff appeared pro se, and attorney Jeff Staples appeared for defendant Commissioner of Social Security.

      The complaint alleged that plaintiff was denied access to a Social Security Administration ("SSA") office in July 2022 because of a ban that had been instituted against him in 2011 for allegedly threatening the Commissioner. ECF No. 1. The complaint sought to overturn the ban and to obtain for plaintiff access to a SSA office.

      Defendant filed a motion to dismiss under Federal Rule of Civil Procedure 12(b)(1) arguing that plaintiff's claim became moot when the SSA lifted plaintiff's ban in October 2022. ECF No. 8. Plaintiff opposed the motion, arguing that he was still being denied access even after the ban was lifted. ECF No. 9. For support, he included a declaration from R. Neil Young, a

Social Worker, who stated that on July 19, 2023, security guards at the Redding, California SSA Office had not allowed plaintiff to enter the building because of the ban. *Id.* at 3. After the court set this matter for hearing, defendant filed a status report claiming that plaintiff entered a SSA office on October 4, 2023, and that plaintiff has been receiving Social Security benefits since July 2022. ECF No. 15-1 at 2. Plaintiff stated on the record at the hearing that he has both been able to enter a SSA office and that he has received benefits.

For the reasons stated on the record, and in light of plaintiff's representations, the court finds that plaintiff's claim is moot. *See Richard v. Soc. Sec. Admin.*, No. 15-cv-1528 (ENV), 2016 WL 4690394, at *3 (E.D. NY 2016) (granting defendant's motion to dismiss since plaintiff's claim about being banned from SSA offices became moot once the "SSA voluntarily lifted the ban.").

Accordingly, it is hereby ORDERED that:

1. Defendant's motion to dismiss, ECF No. 8, is granted.

2. Plaintiff's claim is dismissed as moot.

3. The Clerk of Court is directed to close this matter.

IT IS SO ORDERED.

Dated:   November 16, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2